UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| STRIKE 3 HOLDINGS, LLC<br><br>v. | §<br>§<br>§<br>§ | |
|---|---|---|
| JOHN DOE, SUBSCRIBER ASSIGNED IP ADDRESS 76.184.193.23 | §<br>§<br>§ | CIVIL NO. 4:22-CV-879-SDJ<br>LEAD CASE |
| JOHN DOE, SUBSCRIBER ASSIGNED IP ADDRESS 47.186.121.2 | §<br>§<br>§ | CIVIL NO. 4:22-CV-158-SDJ |
| JOHN DOE, SUBSCRIBER ASSIGNED IP ADDRESS 76.187.81.159 | §<br>§<br>§ | CIVIL NO. 4:22-CV-277-SDJ |
| JOHN DOE, SUBSCRIBER ASSIGNED IP ADDRESS 71.136.190.89 | §<br>§<br>§ | CIVIL NO. 4:22-CV-459-SDJ |
| JOHN DOE, SUBSCRIBER ASSIGNED IP ADDRESS 47.186.204.229 | §<br>§<br>§ | CIVIL NO. 4:22-CV-880-SDJ |
| JOHN DOE, SUBSCRIBER ASSIGNED IP ADDRESS 108.213.115.124 | §<br>§<br>§ | CIVIL NO. 4:22-CV-881-SDJ |
| JOHN DOE, SUBSCRIBER ASSIGNED IP ADDRESS 76.184.226.228 | §<br>§<br>§ | CIVIL NO. 4:22-CV-1063-SDJ |
| JOHN DOE, SUBSCRIBER ASSIGNED IP ADDRESS 76.85.64.9 | §<br>§<br>§ | CIVIL NO. 4:22-CV-1064-SDJ |
| JOHN DOE, SUBSCRIBER ASSIGNED IP ADDRESS 68.203.141.163 | §<br>§<br>§ | CIVIL NO. 4:23-CV-102-SDJ |
| JOHN DOE, SUBSCRIBER ASSIGNED IP ADDRESS 47.188.198.62 | §<br>§<br>§ | CIVIL NO. 4:23-CV-103-SDJ |
| JOHN DOE, SUBSCRIBER ASSIGNED IP ADDRESS 47.186.126.244 | §<br>§<br>§ | CIVIL NO. 4:23-CV-104-SDJ |

1

| | | |
|---|---|---|
| JOHN DOE, SUBSCRIBER ASSIGNED IP ADDRESS 47.187.85.43 | § § § | CIVIL NO. 4:23-CV-105-SDJ |
| JOHN DOE, SUBSCRIBER ASSIGNED IP ADDRESS 45.21.22.169 | § § § | CIVIL NO. 4:23-CV-107-SDJ |
| JOHN DOE, SUBSCRIBER ASSIGNED IP ADDRESS 71.84.154.250 | § § § | CIVIL NO. 4:23-CV-269-SDJ |
| JOHN DOE, SUBSCRIBER ASSIGNED IP ADDRESS 76.183.182.193 | § § § | CIVIL NO. 4:23-CV-271-SDJ |
| JOHN DOE, SUBSCRIBER ASSIGNED IP ADDRESS 47.188.49.108 | § § § | CIVIL NO. 4:23-CV-272-SDJ |
| JOHN DOE, SUBSCRIBER ASSIGNED IP ADDRESS 70.121.11.82 | § § § | CIVIL NO. 4:23-CV-274-SDJ |
| JOHN DOE, SUBSCRIBER ASSIGNED IP ADDRESS 47.185.148.225 | § § § | CIVIL NO. 4:23-CV-276-SDJ |
| JOHN DOE, SUBSCRIBER ASSIGNED IP ADDRESS 72.183.36.32 | § § § | CIVIL NO. 4:23-CV-277-SDJ |

## <u>TENTH AMENDED CONSOLIDATION ORDER</u>

The Court previously issued orders consolidating several cases brought by Strike 3 Holdings, LLC for certain pretrial issues. Strike 3 has since filed additional cases, which the Court finds should be consolidated with this action.

It is therefore **ORDERED** that the following actions are now **CONSOLIDATED** as part of action numbered 4:22-CV-879 for all pretrial issues (except venue):

4:23-CV-269, *Strike 3 Holdings, LLC v. John Doe, subscriber assigned IP address 71.84.154.250*;

4:23-CV-271, *Strike 3 Holdings, LLC v. John Doe, subscriber assigned IP address 76.183.182.193*;

4:23-CV-272, *Strike 3 Holdings, LLC v. John Doe, subscriber assigned IP address 47.188.49.108*;

4:23-CV-274, *Strike 3 Holdings, LLC v. John Doe, subscriber assigned IP address 70.121.11.82;*

4:23-CV-276, *Strike 3 Holdings, LLC v. John Doe, subscriber assigned IP address 47.185.148.225;*

4:23-CV-277, *Strike 3 Holdings, LLC v. John Doe, subscriber assigned IP address 72.183.36.32.*

With these modifications, the prior consolidation orders remain in effect. The

clerk's office is directed to make the changes necessary to effectuate this order.

**So ORDERED and SIGNED this 5th day of April, 2023.**

SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE